**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT OWENSBORO**
**CIVIL ACTION NO. 4:15CV-P146-JHM**

**CHRISTOPHER DAVIS**                                                                 **PLAINTIFF**

v.

**HENDERSON COUNTY DETENTION CENTER** *et al.*                **DEFENDANTS**

**MEMORANDUM OPINION**

Plaintiff Christopher Davis, a pretrial detainee incarcerated at the Henderson County Detention Center (HCDC), filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 (DN 1). By Memorandum Opinion and Order entered June 28, 2016 (DN 16), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed the claims against the Defendants HCDC/Henderson County and Southern Health Partners pursuant to § 1915A(b)(1) for failure to state a claim upon which relief may be granted. The Court also provided Plaintiff 30 days within which to file an amended complaint to name the person or persons involved in his claims that he is being denied medical treatment; to sue them in their individual capacity; to describe the facts surrounding each Defendant's involvement in his claims; and to sue Leah Humphries in her individual capacity and allege facts surrounding the retaliation claim. The Court warned Plaintiff that his failure to file an amended complaint within the time allotted would result in dismissal of the entire action for the reasons stated in the Memorandum Opinion and Order.

The 30-day period has expired, and the record reflects that Plaintiff has not filed an amended complaint. Therefore, the action will be dismissed by separate Order for failure to state a claim upon which relief may be granted.

Date: October 11, 2016

Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc: Plaintiff, *pro se*
    Defendants
4414.005